# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| GARRY SCHMITZ, | : | Case No. 1:17-cv-496 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**DECISION AND ENTRY:**
**(1) ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 13);**
**(2) GRANTING THE PARTIES' JOINT REQUEST FOR REMAND**
**PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) (Doc. 12); AND**
**(3) ADMINISTRATIVELY STAYING THESE PROCEEDINGS**

This civil action is before the Court on the parties' joint stipulation and request for remand to the Commissioner pursuant to Sentence Six of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). (Doc. 12). The parties stipulate that, on remand, the Agency should reevaluate Plaintiff's claim, consider the new evidence submitted by Plaintiff's attorney at the district court level, ensure the medical record is sufficiently developed consistent with 20 C.F.R. § 404.1512(b), and issue a new decision.

The Court also has before it the Report and Recommendation of the United States Magistrate Judge, recommending the Court grant the joint request for remand. (Doc. 13).

For good cause shown, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. (Doc. 13). Accordingly, the parties' joint stipulation and request for remand (Doc. 12) is **GRANTED** and this case is **REMANDED** back to the

Commissioner for further consideration under Sentence Six of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), consistent with the parties' stipulation and this Order.

Additionally, the Court hereby **ORDERS** that this case be administratively **STAYED** on the docket of this Court pending the outcome of the remand proceedings.

**IT IS SO ORDERED.**

Date: 9/25/18

Timothy S. Black
United States District Judge