# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| GARRY SCHMITZ | Case No. 1:17-cv-496 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | Magistrate Judge Stephanie K. Bowman |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## ORDER GRANTING THE PARTIES' JOINT STIPULATION FOR ENTRY OF JUDGMENT AND DISMISSAL WITH PREJUDICE (Doc. 15)

This civil action is before the Court on the parties' Joint Stipulation for Entry of Judgment and Dismissal with Prejudice (the "Joint Stipulation"). (Doc. 15). In the Joint Stipulation, the parties ask the Court to "affirm the Commissioner's decision on remand and enter judgment dismissing the case with prejudice." (*Id.* at 1). The Court, having considered the Joint Stipulation, the Commissioner's decision, and other relevant filings, concludes that the Joint Stipulation is well-taken. (*See id.*; Doc. 15-1). Accordingly:

1. The Joint Stipulation (Doc. 15) is **GRANTED**;

2. This civil action is **DISMISSED with prejudice**; and

3. The Clerk shall enter judgment accordingly, whereupon this civil action is **TERMINATED** from this Court's docket.

**IT IS SO ORDERED.**

Date: 1/30/2020

Timothy S. Black
United States District Judge